IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:14-CR-04062-1-BCW |
| ) | |
| DONALD SHAW, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Matt J. Whitworth's Report and Recommendation (Doc. #42) denying Defendant Donald Shaw's Motion to Suppress (Doc. #18). Defendant Shaw filed Objections to the Report and Recommendation on June 26, 2015 (Doc. #48).

After an independent review of the record, the applicable law, and the parties' arguments (Docs. #18, #26, #30, & #41), the Court adopts Magistrate Judge Whitworth's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED Defendant Shaw's Motion to Suppress (Doc. #18) is DENIED for the reasons stated in the Report and Recommendation (Doc. #42). It is further

ORDERED Magistrate Judge Whitworth's Report and Recommendation (Doc. #42) be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: October 14, 2015          /s/ Brian C. Wimes
                                 JUDGE BRIAN C. WIMES
                                 UNITED STATES DISTRICT COURT