IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MINUTE SHEET

UNITED STATES OF AMERICA     Date:    February 22, 2016

vs.     Case No.: 14-4062-01-CR-C-BCW

DONALD SHAW

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:** Sentencing

**Time Commenced: 9:03 am**     **Time Terminated: 9:41 am**

### APPEARANCES

**Plaintiff's counsel:** Anthony Gonzalez, AUSA
**Defendant's counsel:** Troy Stabenow
**Probation officer:** Jeremy Thomas

**PROCEEDINGS IN COURTROOM:** Above parties present. Court adopts Report and Recommendation on Plea of Guilty. Court takes up objections to the presentence reports. Court adopts P.S.I.R. without change. Court asserts statutory guidelines. Counsel makes sentence recommendations. Defendant accorded allocution.

**SENTENCE:** Defendant committed to custody of BOP for a period of 100 months on Count 1; followed by 3 years SUPERVISED RELEASE on Count 1; w/Standard/Additional Conditions of Supervision imposed. FINE: waived; MSA: $100. Dft advised of right to appeal; remanded to custody of USM.

**Court Reporter:** Denise Halasey
**Courtroom Deputy:** Carrie James